UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL D. MEYERS and MARYANN MEYERS,

      Plaintiffs,

vs.                           Case No. 3:25-cv-897-MMH-SJH

R.J. REYNOLDS TOBACCO COMPANY,

      Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant R.J. Reynolds Tobacco Company's Motion to Dismiss First Amended Complaint (Doc. 14; Motion) filed on August 14, 2025. Upon review of the Motion, it appears that Defendant has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Defendant to file a supplement: (1) certifying that it has conferred with Plaintiffs on the Motion, (2) indicating whether Plaintiffs agree on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires.

Accordingly, it is

**ORDERED:**

Defendant is **DIRECTED** to file a supplement to the Motion to Dismiss (Doc. 14) with the requisite Local Rule 3.01(g) Certification on or before **August 25, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of August, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35
Copies to:
Counsel of Record